514 Pa. 286 (1987)
523 A.2d 741
Anna FAUST, Appellant,
v.
Joseph L. MESSINGER, Thomas Snyder & R. Benay Snyder, Appellees.
Supreme Court of Pennsylvania.
Argued October 23, 1986.
Decided April 3, 1987.
*287 Dwight L. Danser, Easton, for appellant.
Joel M. Scheer, Easton, for appellee.
Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

ORDER
PER CURIAM.
Appeal dismissed as having been improvidently granted.